AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Steven Douglass Buckley<br>*Defendant* | )<br>)  Case No. CCB-06-0482<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Steven Douglass Buckley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date:   December 13, 2018

Address:   101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

**Return**

This warrant was received on *(date)* 9/6/19, and the person was arrested on *(date)* 9/6/19
at *(city and state)* Baltimore, MD.

Date: 9/6/19

*Arresting officer's signature*

Candelario Rolendo, DUSM
*Printed name and title*